# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| DARRIUS ALONZO HARRIS, No. 1564215, | § § § § § | |
| Petitioner, | § | |
| v. | § § | Civil Action No. 7:20-cv-00140-M-BP |
| BOBBY LUMPKIN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that Petitioner's Petition for Writ of Habeas Corpus, ECF No. 1, is **DENIED**.

**SO ORDERED** this 10th day of May, 2021.

BARBARA M. G. LYNN
CHIEF JUDGE